In the Matter of IRMOR CORPORATION, Appellant, against HENRY E. BRUCKMAN et al., Individually and as Members of the STATE LIQUOR AUTHORITY et al., Respondents.

Argued April 29, 1942; decided May 28, 1942.

*H. H. Nordlinger* and *Jacob M. Dinnes* for appellant.

*Morris Holman* for Mitchell's Wine & Liquor Store, Inc., respondent.

*Monroe I. Katcher, II,* and *Francis V. McHugh* for State Liquor Authority et al., respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.